USDC SCAN INDEX SHEET










```
KSR    7/28/03    14:18
3:95-CR-01530    USA V. HARTSAW
*24*
*CR12B.*
```

PROB 12B
(7/93)

July 21, 2003

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
03 JUL 28 PM 12:24

Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Russell Thomas HARTSAW (English)     **Dkt No:** 95-CR-1530-001-H

**Reg. No.:** 21118-175

**Name of Sentencing Judicial Officer:** The Honorable Marilyn L. Huff, Chief U.S. District Judge

**Date of Sentence:** December 15, 1995

**Original Offense:** 18 U.S.C. § 2113(a), Attempted Bank Extortion, a Class C felony.

**Sentence:** 63 months custody, 3 years supervised release.  *(Special Conditions: no firearms; search; participate in a mental health program as directed by probation officer; not make threats to anyone, directly or indirectly.)* $50 special assessment.

**Type of Supervision:** Supervised Release     **Date Supervision Will Commence:** August 11, 2003

**Asst. U.S. Atty.:** Robert C. Stuart     **Defense Counsel:** Nancy Weiss
(Appointed)
(619) 744-3774

**Prior Violation History:** None

---

### PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Reside in a Community Corrections Center (CCC) for up to 120 days as directed by the probation officer.

24

## CAUSE

On August 11, 2003, Mr. Hartsaw is expected to be released from Correctional Alternatives, Inc., (CAI). This offender has encountered difficulties locating employment or a stable residence. In order to assist this offender further, Mr. Hartsaw has agreed to extend his term at the CCC until he can establish greater stability. On July 9, 2003, he signed a Waiver of Hearing, Probation Form 49 agreeing to reside at a CCC for up to 120 days as directed by the probation officer. This officer concurs with this intervention and it is respectfully recommended.

Respectfully submitted:                                   Reviewed and approved:

by _____                         _____
Betsy Adelizzi                                                    Cynthia M. Poblete
U.S. Probation Officer                                      Supervising U.S. Probation Officer
(619) 557-5552
Date: July 21, 2003


Attachments: Form 49; J&C; PSR

---

**THE COURT ORDERS:**

__X__  The Modification of Conditions as Noted Above

_____  Other _____

_____

_____

_____                                          7/25/03
The Honorable Marilyn L. Huff                                         Date
Chief U.S. District Judge

ba/ba